

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2015

No. 04-15-00205-CR

**THE STATE OF TEXAS**,
Appellant

v.

Timothy Lynn **SIMON**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 458712
Honorable John Longoria, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to file the Brief is GRANTED. Time is extended to August 6, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court